**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 174.49.149.89**

**ISP:** Comcast Cable
**Physical Location:** Hamburg, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/01/2018 22:58:50 | 34A754A90FA6F09691192CEB690C6B39E4C24F90 | Fill Her Up |
| 02/01/2018 22:31:50 | 2CF651A64E91F8AA1A51C73DAF18B59C1F0D49EA | X Marks The Spot |
| 01/02/2018 02:23:14 | 71D362F0AE6CE4E6E19C62D7824019BE1F25443A | Black Lace and Blonde Hair in My Bed |
| 09/18/2017 08:32:34 | 507D295A735F5464F4C3DB79DC495B3077D31578 | Piano Concerto |
| 07/24/2017 15:27:10 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 01/20/2017 10:06:40 | 517E98F569238F9AC582AE01AC66A7FE4106C827 | Green With Envy |
| 01/20/2017 10:02:54 | C5521BF8614496A2AA03192075F98F74FDFC321F | In the blind |

**Total Statutory Claims Against Defendant: 7**

EXHIBIT A

EPA708